(Rev. 4/97)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MAY 21 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Deitra Devone_

**Plaintiff**

v.

_H Karl Kearney, Amy Mathis, Marquis Mills_

**Defendant(s)**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

**CASE NUMBER:** 3 0 1

I, _Deitra Devone_ ___ declare that I am the (check appropriate box)

☒ **Petitioner/Plaintiff/Movant**    ☐ **Other**

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Delores T Baylor C.I., 660 Baylor Blvd_
   _Newcastle DE 19720_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_
   _**Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254.**_

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

   _My Husband Send me a Money order for commissary_
   _I Dont expect Much from him in the future_

4.    **Do you have any cash or checking or savings accounts?**    □Yes    ☑No

    **If "Yes" state the total amount  $_____**

5.    **Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?**
        □Yes    ☑No

    **If "Yes" describe the property and state its value.**

6.    **List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support,** *OR* **state** *NONE* **if applicable.**

    I have 8 Children 7 of whom are under the age of 18

    **I declare under penalty of perjury that the above information is true and correct.**

    4.6.08

    _____    _____
    **DATE**    **SIGNATURE OF APPLICANT**

---

# CERTIFICATE
### (Incarcerated applicants only)
### *(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $_____ on  account his/her credit at (name

of institution) _____.

I further certify that the applicant has the following securities to his/her credit:

_____.

I further certify that during the past six months the applicant's average monthly balance was $_____

and the average monthly deposits were $_____.

_____    _____
    **Date**    **SIGNATURE OF AUTHORIZED OFFICER**

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS  OVER THE PAST SIX MONTH PERIOD.  LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*