(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Deitra L. DEVONE
(Enter above the full name of the plaintiff in this action)

v.

Amy Mathis

Marquis Mills

Lieutenant Karl Kenny
(Enter above the full name of the defendant(s) in this action

3 0 1

FILED

MAY 21 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        YES [ ]   NO [X]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.   Parties to this previous lawsuit

        Plaintiffs _____

        _____

        Defendants _____

        _____

2. Court (if federal court, name the district; if state court, name the county)

   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II.  A.  Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? I filled out form # 584 And put it in the box to be read by Captain repetit or Captain Snead

2. What was the result? No resolution as of yet I even put in A Medical grievance for my injuries not attended to. - no reply as of yet

D. If your answer is NO, explain why not _____
   _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

1. What steps did you take? I wrote a letter to Deputy Warden Grace Martin and to Warden Patrick ryAN

2. What was the result? No ~~answer to M~~ reply as of yet. Ive even written to internal affairs

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Mrs. Deitra T. Devone
   Address  660 Baylor Boulevard Unit #8 New Castle DE 19720

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  Amy Mathis  is employed as  DOC Correction Officer  at  Delores J. Baylor Womens Correctional Institution

C. Additional Defendants  Mills is employed as DOC Correction Officer at Delores J. Baylor WCI   Karl Kenny is employed as lieutenant assistant shift commander at Delores J. Baylor WCI

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

fact #1 I was verbally and physical Abuse and pepper sprayed by Officer Amy Mathis and overgeus Mills in the cafeteria of the correctional facility. Lt Kenny further aided to my injuries by denying me medical attention and ushering himself at preliminary hearing. My hair was pulled out by officer Mathis my face and eyes were burned by officer Mills

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) 10,000 for medical + pain & suffering I am seeking exoneration and apology Also for the prices involved to pay my legal fees and court cost also I suffered traumatic and emotional pain from the extended length of time I've been here and am seeking mental health

Signed this 29 day of April, 2008

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4.29.08                    _____
Date                       ( Signature of Plaintiff)



Deatra Devone
160 Baylor Blvd unit #K
Newcastle Delaware 19720

Clerk of the U.S District Court of Delaware
J Caleb Boggs Federal Building
lock Box 18
844 N King street
Wilmington Delaware 19801

U.S.M.S. X-RAY