IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEITRA T. DEVONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-301-SLR |
| | ) |
| AMY MATHIS, MARQUIS MILLS, and | ) |
| LIEUTENANT KARL KENNY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 2nd day of June, 2008,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge