

Deitra T. Devone
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**Utility Events**
1:08-cv-00301-UNA Devone v. Mathis et al
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 5/28/2008 at 3:48 PM EDT and filed on 5/28/2008
**Case Name:** Devone v. Mathis et al
**Case Number:** 1:08-cv-301
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)

**1:08-cv-301 Notice has been electronically mailed to:**

**1:08-cv-301 Notice has been delivered by other means to:**

Deitra T. Devone
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720