IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEITRA T. DEVONE, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-301-SLR ) |
| AMY MATHIS, MARQUIS MILLS, and LT. KARL KENNY, | ) ) ) |
|     Defendants. | ) |

### ORDER

At Wilmington this 2nd day of July, 2008, IT IS ORDERED that:

Plaintiff shall advise the court of her correct mailing address within **twenty-one days** from the date of this order. Mail sent to plaintiff was returned on June 23, 2008 as undeliverable. (D.I. 5) It is Plaintiff's obligation to inform the court of any changes in her address.

**NOTE: Failure to timely comply with this Order shall result in dismissal of this case without prejudice.**

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE