Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

DISTRICT OF DELAWARE
2008 AUG 26 PM 1:36

H.F.O.
7/26/08

08CV301 KM

FWD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEITRA T. DEVONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-301-SLR |
| | ) |
| AMY MATHIS, MARQUIS MILLS, | ) |
| and LT. KARL KENNY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 1st day of July, 2008, IT IS ORDERED that:

Plaintiff shall advise the court of her correct mailing address within **twenty-one days** from the date of this order. Mail sent to plaintiff was returned on June 23, 2008 as undeliverable. (D.I. 5) It is Plaintiff's obligation to inform the court of any changes in her address.

**NOTE: Failure to timely comply with this Order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE

**Other Orders/Judgments**
1:08-cv-00301-SLR Devone v. Mathis et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 7/23/2008 at 3:02 PM EDT and filed on 7/23/2008
**Case Name:** Devone v. Mathis et al
**Case Number:** 1:08-cv-301
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER, Plaintiff shall advise the court of her correct mailing address within twenty-one days from the date of this order. Failure to timely comply with this order shall result in dismissal of this case without prejudice. Signed by Judge Sue L. Robinson on 7/21/2008. (nmf)**

1:08-cv-301 Notice has been electronically mailed to:

1:08-cv-301 Notice has been delivered by other means to:

Deitra T. Devone
1103 W. 8th Street
Wilmington, DE 19806

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/23/2008] [FileNumber=603609-0]
[bd0e43b24ecc84e01b21eeb7edd915a274c027536c602f17d747d75c605425df0bb9
6357e202a4d209736f48e157d057ebad6068c61517d759403205754e917e]]